### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>HOUZENGA, DONALD GENE<br>HOUZENGA, CHARLOTTE RAE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-74186 BARB<br><br>JUDGE Manuel Barbosa |

### TRUSTEE'S FINAL REPORT

To:    THE HONORABLE Manuel Barbosa
      BANKRUPTCY JUDGE

NOW COMES MEGAN G. HEEG, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    MEGAN G. HEEG was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 08/19/04. The Trustee was appointed on 08/19/04. An order for relief under Chapter 7 was entered on 08/19/04. The Trustee's case bond is in the form of a blanket bond.

2.    The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.    The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of July 12, 2007, is as follows:

| | |
|---|---|
| a. RECEIPTS (See Exhibit C) | $               8,282.52 |
| b. DISBURSEMENTS (See Exhibit C) | $                  80.01 |
| c. NET CASH available for distribution | $               8,202.51 |
| d. TRUSTEE/PROFESSIONAL COSTS | |

| | | |
|---|---|---|
| 1. Trustee compensation requested (See Exhibit E) | $ | 1,570.25 |
| 2. Trustee Expenses (See Exhibit E) | $ | 34.35 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 1,920.07 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | n/a |

5.    The Bar Date for filing unsecured claims expired on 03/28/05.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 3,524.67 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 52,681.19 |

7.    Trustee proposes that unsecured creditors receive a distribution of 8.88% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $3,524.67. The total of Chapter 7 professional fees and expenses requested for final allowance is $3,524.67. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit F.)

9.    A fee of $750.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

10.    A fee of $0.00 was paid to a bankruptcy petition preparer for services rendered in connection with this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  7-13-07

RESPECTFULLY SUBMITTED,

By: /s/ Megan G. Heeg
    MEGAN G. HEEG, Trustee
    Ehrmann Gehlbach Badger & Lee
    215 E. First St.
    P.O. Box 447
    Dixon, IL  61021
    Telephone # (815) 288-4949

## Exhibit A

### Description of Trustee Services - Houzenga

Preliminary review of Debtors' Petition, Statement of Financial Affairs and Schedules prior to First Meeting of Creditors.

Examination of Debtors at First Meeting of Creditors, discovery of potential assets including tax refunds.

Conducted preliminary discovery with regard to the location and identity of Debtors' underlying financial affairs.

Initial report was prepared.

Prepared all forms necessary for the administration of the estate, including the estate property record, cash receipts and disbursements ledgers, employer identification number, and opening of depository accounts.

Claims were reviewed and objections were made.

A Final Report was prepared. Upon approval of the Final Report, distribution will be made, and a Final Account will be made to close this case.

Debtors' interest in personal property was sold to Debtors after court approval.

State court litigation was pursued to collect on a promissory note.

Case 04-74186    Doc 32    Filed 07/30/07    Entered 07/30/07 09:36:00    Desc Main
Document    Page 5 of 17

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 04-74186 BARB
**Case Name:** HOUZENGA, DONALD GENE
HOUZENGA, CHARLOTTE RAE
**Period Ending:** 07/12/07

**Trustee:** (330490)    MEGAN G. HEEG
**Filed (f) or Converted (c):** 08/19/04 (f)
**§341(a) Meeting Date:** 10/08/04
**Claims Bar Date:** 03/28/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - scheduled mobile home and lot | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | BANK ACCOUNTS | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | BANK ACCOUNTS investment account at Edward Jones | 10.00 | 0.00 | DA | 0.00 | FA |
| 6 | BANK ACCOUNTS investment account at Waddell & Reed | 0.00 | | DA | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | BOOKS AND ART OBJECTS | 60.00 | 0.00 | DA | 0.00 | FA |
| 9 | WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | FURS AND JEWELRY | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | FIREARMS AND HOBBY EQUIPMENT | 150.00 | 0.00 | DA | 0.00 | FA |
| 12 | FIREARMS AND HOBBY EQUIPMENT camera | 10.00 | 0.00 | DA | 0.00 | FA |
| 13 | FIREARMS AND HOBBY EQUIPMENT | 50.00 | 0.00 | DA | 0.00 | FA |
| 14 | FIREARMS AND HOBBY EQUIPMENT | 30.00 | 0.00 | DA | 0.00 | FA |
| 15 | INTERESTS IN INSURANCE POLICIES | 340.00 | 0.00 | DA | 0.00 | FA |

Printed: 07/12/2007 02:55 PM    V.9.52

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 04-74186 BARB
**Case Name:** HOUZENGA, DONALD GENE
HOUZENGA, CHARLOTTE RAE
**Period Ending:** 07/12/07

**Trustee:** (330490)    MEGAN G. HEEG
**Filed (f) or Converted (c):** 08/19/04 (f)
**§341(a) Meeting Date:** 10/08/04
**Claims Bar Date:** 03/28/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | PENSION PLANS AND PROFIT SHARING<br>husband - pension | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | PENSION PLANS AND PROFIT SHARING<br>wife - pension | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 3,500.00 | 2,184.00 | DA | 2,184.00 | FA |
| 20 | AUTOMOBILES AND OTHER VEHICLES<br>2000 Geo Tracker | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | AUTOMOBILES AND OTHER VEHICLES<br>1987 American Cobra RV | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | AUTOMOBILES AND OTHER VEHICLES<br>1994 GMC Sonoma pickup | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 23 | AUTOMOBILES AND OTHER VEHICLES<br>1978 Sunflower | 3,000.00 | 1,000.00 | | 1,000.00 | FA |
| 24 | AUTOMOBILES AND OTHER VEHICLES<br>1997 Hyundai Elantra | 1,500.00 | 100.00 | | 100.00 | FA |
| 25 | AUTOMOBILES AND OTHER VEHICLES<br>1998 Polaris ATV | 1,500.00 | 950.00 | | 950.00 | FA |
| 26 | AUTOMOBILES AND OTHER VEHICLES<br>2003 Damon Challenger motor home | 55,000.00 | 0.00 | DA | 0.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number:   04-74186 BARB
Case Name:     HOUZENGA, DONALD GENE
               HOUZENGA, CHARLOTTE RAE
Period Ending: 07/12/07

Trustee: (330490)          MEGAN G. HEEG
Filed (f) or Converted (c): 08/19/04 (f)
§341(a) Meeting Date:       10/08/04
Claims Bar Date:            03/28/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | BOATS, MOTORS, AND ASSESSORIES<br>2002 15' fishing boat, motor, trailer | 4,500.00 | 2,700.00 | | 2,700.00 | |
| 28 | BOATS, MOTORS, AND ASSESSORIES<br>1996 14' fishing boat, motor, trailer | 2,000.00 | 1,250.00 | | 1,250.00 | |
| 29 | Other personal property (scheduled)<br>tools | 50.00 | 0.00 | DA | 0.00 | |
| 30 | Other personal property (scheduled)<br>Debtor's receive Social Security | 0.00 | 0.00 | DA | 0.00 | |
| Int | INTEREST (u) | Unknown | N/A | | 98.52 | |
| 31 | **Assets   Totals (Excluding unknown values)** | **$131,900.00** | **$8,184.00** | | **$8,282.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   December 30, 2005

Current Projected Date Of Final Report (TFR):   July 12, 2007  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-74186 BARB | | Trustee: | | MEGAN G. HEEG (330490) |
|---|---|---|---|---|---|
| Case Name: | HOUZENGA, DONALD GENE | | Bank Name: | | JPMORGAN CHASE BANK, N.A. |
| | HOUZENGA, CHARLOTTE RAE | | Account: | | ***-*****98-65 - Money Market Account |
| Taxpayer ID #: | 13-7438967 | | Blanket Bond: | | $150,000,000.00  (per case limit) |
| Period Ending: | 07/12/07 | | Separate Bond: | | N/A |

| 1 | 2 | 3 | 4 | | | T-Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | | | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/17/05 | | Donald and Charlotte Houzenga | sale of items back to debtor | | | | | | 6,000.00 |
| | {23} | | 1978 Sunflower camper/trailer | 1,000.00 | | 1110-000 | 6,000.00 | | 6,000.00 |
| | {24} | | 1997 Hyndai Elantra | 100.00 | | 1110-000 | | | 6,000.00 |
| | {25} | | 1998 Polaris ATV | 950.00 | | 1110-000 | | | 6,000.00 |
| | {28} | | 1996 14' fishing boat, motor, trailer | 1,250.00 | | 1129-000 | | | 6,000.00 |
| | {27} | | 2002 15' fishing boat, motor, trailer | 2,700.00 | | 1129-000 | | | 6,000.00 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | | | 1270-000 | 0.64 | | 6,000.64 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | | 1270-000 | 1.43 | | 6,002.07 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | | 1270-000 | 1.78 | | 6,003.85 |
| 04/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | | 1270-000 | 1.73 | | 6,005.58 |
| 05/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | | 1270-000 | 1.79 | | 6,007.37 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | | | 1270-000 | 1.92 | | 6,009.29 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | | | 1270-000 | 2.08 | | 6,011.37 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | | | 1270-000 | 2.30 | | 6,013.67 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | | | 1270-000 | 2.36 | | 6,016.03 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | | | 1270-000 | 2.61 | | 6,018.64 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | | | 1270-000 | 2.72 | | 6,021.36 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | | 1270-000 | 3.01 | | 6,024.37 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | | 1270-000 | 3.39 | | 6,027.76 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | | 1270-000 | 3.24 | | 6,031.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | | 1270-000 | 3.59 | | 6,034.59 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | | 1270-000 | 3.82 | | 6,038.41 |

| | Subtotals : | | | | | | $6,038.41 | $0.00 | |

{} Asset reference(s)

# Form 2
# Cash Receipts And Disbursements Record

Case Number:    04-74186 BARB
Case Name:      HOUZENGA, DONALD GENE
                HOUZENGA, CHARLOTTE RAE
Taxpayer ID #:  13-7438967
Period Ending:  07/12/07

Trustee:        MEGAN G. HEEG (330490)
Bank Name:      JPMORGAN CHASE BANK, N.A.
Account:        ***-*****98-65 - Money Market Account
Blanket Bond:   $150,000,000.00  (per case limit)
Separate Bond:  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.10 | | 6,042.5? |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.97 | | 6,046.41 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.11 | | 6,050.5? |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.11 | | 6,052.?? |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.84 | | 6,058.?? |
| 10/16/06 | {19} | American Gear, Inc. | proceeds from a wage garnishment from Mr. Bushman's wages | 1129-000 | 409.50 | | 6,468.0? |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.36 | | 6,472.40 |
| 11/02/06 | {19} | American Gear | wage deduction proceeds | 1129-000 | 273.00 | | 6,745.4? |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.39 | | 6,749.?? |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.28 | | 6,754.?? |
| 01/29/07 | {19} | American Gear, Inc. | Wage deduction proceeds | 1129-000 | 614.25 | | 7,368.?? |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.51 | | 7,372.8? |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.67 | | 7,376.4? |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.93 | | 7,380.4? |
| 04/16/07 | {19} | American Gear | wage garnishment proceeds | 1129-000 | 887.25 | | 8,267.6? |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.27 | | 8,271.9? |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.56 | | 8,276.5? |
| 06/20/07 | 1001 | William Bushman | refund from wage garnishment proceeds Voided on 06/20/07 | 8500-002 | | 80.81 | 8,195.70 |
| 06/20/07 | 1001 | William Bushman | refund from wage garnishment proceeds Voided: check issued on 06/20/07 | 8500-002 | | -80.81 | 8,276.5? |
| 06/20/07 | 1002 | William Bushman | refund from wage garnishment proceeds | 8500-002 | | 80.01 | 8,196.5? |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.26 | | 8,200.76 |
| 07/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.75 | | 8,202.51 |
| | | | Subtotals : | | $2,244.11 | $80.01 | |

{} Asset reference(s)

Printed: 07/12/2007 02:55 PM    V.9.52

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-74186 BARB |
|---|---|
| Case Name: | HOUZENGA, DONALD GENE |
| | HOUZENGA, CHARLOTTE RAE |
| Taxpayer ID #: | 13-7438967 |
| Period Ending: | 07/12/07 |

| Trustee: | MEGAN G. HEEG (330490) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-****98-65 - Money Market Account |
| Blanket Bond: | $150,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/07 | | To Account #*******9866 | To prepare Final Report | 9999-000 | | 8,202.51 | 0.00 |
| | | | ACCOUNT TOTALS | | 8,282.52 | 8,282.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,202.51 | |
| | | | Subtotal | | 8,282.52 | 80.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,282.52 | $80.01 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-74186 BARB
**Case Name:** HOUZENGA, DONALD GENE
HOUZENGA, CHARLOTTE RAE
**Taxpayer ID #:** 13-7438967
**Period Ending:** 07/12/07

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****98-66 - Checking Account
**Blanket Bond:** $150,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/07 | | From Account #*******9865 | To prepare Final Report | 9999-000 | 8,202.51 | | 8,202.51 |
| | | | ACCOUNT TOTALS | | 8,202.51 | 0.00 | $8,202.51 |
| | | | Less: Bank Transfers | | 8,202.51 | 0.00 | $8,202.51 |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****98-65 | 8,282.52 | 80.01 | 1.01 |
| Checking # ***-*****98-66 | 0.00 | 0.00 | 8,201.51 |
| | $8,282.52 | $80.01 | $8,202.52 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

IN RE:                                            CHAPTER 7 CASE

HOUZENGA, DONALD GENE
HOUZENGA, CHARLOTTE RAE                           CASE NO. 04-74186 BARB

                                                  JUDGE Manuel Barbosa

                    Debtor(s)

### DISTRIBUTION REPORT

I, MEGAN G. HEEG, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $            0.00 |
| Chapter 7 Administrative Expenses: | $         3,524.67 |
| Chapter 11 Administrative Expenses: | $            0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $            0.00 |
| Secured Tax Liens: | $            0.00 |
| Priority Tax Claims: | $            0.00 |
| Other Priority Claims (507(a)(9)): | $            0.00 |
| General Unsecured Claims: | $         4,677.84 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $         8,202.51 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                    **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|---------------|------------------------|-------------------|
| Secured Claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|---------------|------------------------|-------------------|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 3,524.67 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | MEGAN G. HEEG | 1,570.25 | 1,570.25 |
| | MEGAN G. HEEG | 34.35 | 34.35 |
| | Ehrmann Gehlbach Badger & Lee | 1,713.90 | 1,713.90 |
| | Ehrmann Gehlbach Badger & Lee | 206.17 | 206.17 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|---------------|------------------------|-------------------|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|----|---------------|------------------------|------------------|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|----|---------------|------------------------|------------------|

**EXHIBIT D**

**DISTRIBUTION REPORT**                                              **PAGE 2**

| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $ | 0.00 | 0.00% |
|---|---|---|---|

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORT**                                           **PAGE 3**

§724(b)(6) - Tax Liens:                          $          0.00              0.00%

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $       52,681.19 | 8.88% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | First MIdwest Bank | 9,456.21 | 839.67 |
| 2 | Chase Manhattan Bank USA, N.A. | 4,653.99 | 413.25 |
| 4 | SMC - c/o - Bergners | 388.30 | 34.48 |
| 5 | Fifth Third Bank | 38,182.69 | 3,390.44 |
| | | TOTAL          $ | 4,677.84 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| General Unsecured Subordinated claims | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                              **PAGE 4**

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 3 | Sterling Federal Bank 110 E. 4th St. Sterling, IL 61081-3671 | $ 25,813.93 | Disallowed |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                              **PAGE 5**

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _7-13-07_____          /s/ Megan G. Heeg
                                   MEGAN G. HEEG, Trustee

**EXHIBIT D**