Case Name:  DONALD GENE HOUZENGA
            CHARLOTTE RAE HOUZENGA
Case No:    04 B 74186

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 7/27/07                              WILLIAM T. NEARY
                                            United States Trustee, Region 11


                                    BY:    ____/s/_____
                                            CAROLE J. RYCZEK
                                            Attorney for the U.S. Trustee