IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
HOUZENGA, DONALD GENE
HOUZENGA, CHARLOTTE RAE

Debtor(s)

CHAPTER 7 CASE

CASE NO. 04-74186 BARB

JUDGE Manuel Barbosa

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   U.S. BANKRUPTCY COURT
         211 S. Court Street
         Rockford, IL 61101
   on:   Monday, August 27, 2007
   at:   9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                            $        8,282.52

   b. Disbursements                       $           80.01

   c. Net Cash Available for Distribution $        8,202.51

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MEGAN G. HEEG (Trustee Fees) | 0.00 | $1,570.25 | |
| MEGAN G. HEEG (Trustee Expenses) | 0.00 | | $34.35 |
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Fees) | 0.00 | $1,713.90 | |

| | | |
|---|---|---|
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Expenses) | 0.00 | $206.17 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $52,681.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 8.88%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | First MIdwest Bank | $ 9,456.21 | $ 839.67 |
| 2 | Chase Manhattan Bank USA, N.A. | $ 4,653.99 | $ 413.25 |
| 4 | SMC - c/o - Bergners | $ 388.30 | $ 34.48 |
| 5 | Fifth Third Bank | $ 38,182.69 | $ 3,390.44 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Dated: _____            For the Court,

By: /s/ Megan G. Heeg, Trustee

Trustee: MEGAN G. HEEG
Address: Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL 61021
Phone No.: (815) 288-4949

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-3              User: cbachman              Page 1 of 1              Date Rcvd: Jul 31, 2007
Case: 04-74186                    Form ID: pdf002             Total Served: 19

The following entities were served by first class mail on Aug 02, 2007.
 db         +Donald Gene Houzenga,    17998 Malvern Road,    Morrison, IL 61270-9235
 jdb        +Charlotte Rae Houzenga,    17998 Malvern Road,    Morrison, IL 61270-9235
 aty        +Donald J Simantz,    Alschuler, Simantz & Hem LLC,    1961 West Downer Place,
              Aurora, IL 60506-4384
 aty        +Gary C Flanders,    1 Court Place Suite 201,    Rockford, IL 61101-1042
 aty        +Victoria R Glidden,    Hinshaw & Culbertson,    P. O. Box 1389,    Rockford, IL 61105-1389
 tr         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
              Dixon, IL 61021-0447
 cr          First Midwest Bank, N.A.,    P.O. Box 9003,    Gurnee, IL  60031-9003
8410460     +Advantage One Credit Union,    204 North Jackson Street,    Morrison, IL 61270-3039
8410461     +Advantage One Credit Union,    204 North Jackton Street,    Morrison, IL 61270-3039
8410462      Bank One,    PO Box 15153,    Wilmington, DE 19886-5153
8410463      Bergners,    PO Box 17633,    Baltimore, MD 21297-1633
8410464      Chase,    PO Box 52046,    Phoenix, AZ 85072-2046
8860015     +Chase Manhattan Bank,    POB 52176,    Phoenix AZ 85072-2176
8410465     +Dennis Houzenga,    13113 Howard Road,    Prophetstown, IL 61277-9777
8930261     +FIFTH THIRD BANK,    MD#ROPS05,    1850 EAST PARIS  SE,    GRAND RAPIDS  MICHIGAN 49546-6253
8410466    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    PO Box 630778,    Cincinnati, OH 45263-0778)
8410467      First Midwest Bank,    PO Box 125,    Bedford Park, IL 60499-0125
8881970    ++SMC,    PO BOX 19249,    SUGAR LAND TX 77496-9249
             (address filed with court: SMC,    c/o Bergner's,    POB 19249,    Sugar Land TX 77496)
8410468     +Sterling Federal Bank,    110 East 4th Street,    Sterling, IL 61081-3671
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*       +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
              Dixon, IL 61021-0447
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2007**          **Signature:** _Joseph Speetjens_