IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Rockford DIVISION

IN RE:
HOUZENGA, DONALD GENE
HOUZENGA, CHARLOTTE RAE

Debtor(s)

CHAPTER 7 CASE

CASE NO. 04-74186 BARB

JUDGE Manuel Barbosa

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE Manuel Barbosa
    BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate. *(With the exception of check no. 104 made payable to Chase Manhattan Bank USA in the amount of $413.25. Said check was uncashed, stop payment was applied and reissued to Chase Manhattan Bank USA under check no. 108 and mailed to a different address.)

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: 1-16-07

/s/ Megan G. Heeg
MEGAN G. HEEG, TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: January 23, 2007

WILLIAM T. NEARY
United States Trustee

By: /s/ Carole J. Ryczek
Carole J. Ryczek, Attorney for U.S. Trustee

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 01, 2007 through November 30, 2007
Account Number: **000312897999866**

## CUSTOMER SERVICE INFORMATION

Service Center: 1-800-634-5273



00015239 DBI 802 24 33707 - NNN  1 000000000 68 0000
04-74186 HOUZENGA DONALD GENE
HOUZENGA CHARLOTTE RAE DEBTOR
330490 MEGAN HEEG TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY | Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $413.25 |
| Checks Paid | 1 | - 413.25 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 108 | 11/28 | $413.25 |
| **Total Checks Paid** |  | **$413.25** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/28 | $0.00 |

Page 1 of 2